IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Karen Moore

421 Oxford Rd.

Ladson, SC 29456

Civil Action No. 2:13-CV-1744-RMG-BM

**Complaint**

Plaintiffs,

Vs.

United States Congress

U.S. House of Representatives

Washington, D.C. 20515

2013 JUN 26 P 1:06 RECEIVED USDC CLERK CHARLESTON, SC

Defendant,

CAUSE OF ACTION

I allege that the US Congress in its drafting an amendment to the US Constitution failed to follow through on abolishing slavery when it created the 13th amendment. Because the 13th amendment concerning indentured servitude while imprisoned still leaves room for slavery by way of inveigle, I am requesting that the amendment and law be addressed by the 113th Congress.

1) Elements in Question:

   a) The 4th and 5th amendments are part of the bill of rights that cannot be changed. The 13th amendment is not a part of the bill of rights and is not barred from changing. Therefore, the contradiction in the elements of the 13th amendment with the 4th and 5th amendments are not barred from changing. It can be altered to meet the two amendments in the bill of rights that is violated.

   b) The right of ownership of property is outlined in the 5th amendment:

   "...nor shall private property be taken for public use, without just compensation."

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

c) The right to privacy is outlined in the 4th amendment "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated,"

　　a. A person's effects are anything that they own that is there. The private thoughts of an individual have been acknowledged by previous Congresses with the creation of a large body of copyright law. So a person who is forced to be drugged to testify or forced to use their intellectual know-how or creativity while in captivity is a seizure of the inmates or person's property. That individual is being blocked from enjoying that 4th amendment right.

　　b. People with such talents can easily be falsely accused and held on a court docket for quite a while. While in prison, they can be used under fair market value for their talents and education.

　　c. The 9th Amendment states that "...of certain rights, shall not be construed to deny or disparage others retained by the people." Because blacks are more likely to be incarcerated to that of their white counterparts, they are more likely to be allowed to capitalize on their ideas, inventions, and creativity while in custody.

　　d. Even with the change of diversity in the future concerning the US population; the practice of inveigle is still possible. Falsifying documents and putting people on house arrest while trying to work and maintain a living also puts a person who, by law, is innocent until proven guilty, in danger of being used unjustly for government gain without being an actual employee.

... Intellectual property, which is property that is thought up in the privacy of the mind, bar

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**Damages**

I am seeking that the 113 Congress address the issue in the following ways:

A) Remove the indentured servitude clause in the 13th Amendment. Make work in prison voluntary. An inmate does not become a government employee on arrest.

B) Make clear and distinct determinations of fair compensation that is relevant to the fair market value of the date of the current seizure; specifically

  a) homes are seized to create highways

  b) Intellectual property, such as computer software.

C) Those seizures that are for the public good are stricter; such as national security, not the creation of designs and calendars for, say, someone's family's business.

*[signature: Karen Moore]*

Karen Moore

Pro Se Litigant

421 Oxford Rd.

Ladson, SC 29456

843-751-8996

_____

Notary

_____

My Commission Expires:

_____

Date